MELANIE D. MORGAN, ESQ.
Nevada Bar No. 8215
THERA A. COOPER, ESQ.
Nevada Bar No. 13468
AKERMAN LLP
1160 Town Center Drive, Suite 330
Las Vegas, NV 89144
Telephone:  (702) 634-5000
Facsimile:  (702) 380-8572
Email:  melanie.morgan@akerman.com
           thera.cooper@akerman.com

*Attorneys for Plaintiff Bank of America, N.A.*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| BANK OF AMERICA, N.A., <br><br> Plaintiff, <br><br> vs. <br><br> BRAEWOOD HERITAGE ASSOCIATION, INC.; JAMES H. ROTH, TRUSTEE OF THE ROTH FAMILY REVOCABLE TRUST DATED SEPTEMBER 15, 1992, <br><br> Defendants. | Case No.:  2:17-cv-00508 <br><br> **STIPULATION AND ORDER FOR COST BOND** |

Plaintiff Bank of America, N.A. (**BANA**) and defendants Braewood Heritage Association, Inc. (**BHA**) and James H. Roth, Trustee of the Roth Family Revocable Trust Dated September 15, 1992 (**ROTH**), stipulate and agree as follows:

…

…

…

…

…

…

…

1

{41189600;1}

1. Pursuant to NRS 18.130(1) and the request for cost bond filed by BHA as ECF No. 11, and joined by Roth in ECF No. 14, BANA shall deposit with the Clerk of the Court a cost bond in the amount of $500.

DATED this 27th day of March, 2017.

| | |
|---|---|
| **AKERMAN LLP** | **HALL, JAFFE & CLAYTON, LLP** |
| */s/ Thera A. Cooper, Esq.* | */s/ Ashlie L. Surur, Esq.* |
| MELANIE D. MORGAN, ESQ.<br>Nevada Bar No. 8215<br>THERA A. COOPER, ESQ.<br>Nevada Bar No. 13468<br>1160 Town Center Drive, Suite 330<br>Las Vegas, Nevada 89144 | ASHLIE L. SURUR, ESQ.<br>Nevada Bar No. 11290<br>7425 Peak Drive<br>Las Vegas, Nevada 89128 |
| *Attorneys for Plaintiff Bank of America, N.A.* | *Attorneys for Defendant Braewood Heritage Association, Inc.* |

*/s/Joseph Lee Sanford, Esq.*
JOSEPH LEE SANFORD
Nevada Bar No. 12860
5050 Rivers Edge Drive
Fallon, Nevada 89406

*Attorney for Defendant James H. Roth,
Trustee of the Roth Family Revocable Trust*

**IT IS SO ORDERED.**

UNITED STATES DISTRICT JUDGE
Dated: April 4, 2017.

{41189600;1}