## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BANK OF AMERICA, N.A., | Case No.: 2:17-cv-00508-APG-NJK |
| Plaintiff | **Order for Status Report** |
| v. | |
| BRAEWOOD HERITAGE ASSOCIATION, et al., | |
| Defendants | |

On August 17, 2020, the parties advised the court that they had settled this matter and requested 60 days to file a stipulated judgment or a status report. Nothing has been filed since.

I THEREFORE ORDER the parties to file a stipulation of dismissal or a status report by December 15, 2020. The failure to do so will result in dismissal of this case.

DATED this 1st day of December, 2020.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE