1  MELANIE D. MORGAN, ESQ.
Nevada Bar No. 8215
2  SCOTT R. LACHMAN ESQ.
Nevada Bar No. 12016
3  AKERMAN LLP
1635 Village Center Circle, Suite 200
4  Las Vegas, NV 89134
5  Telephone:  (702) 634-5000
Facsimile:  (702) 380-8572
6  Email:  melanie.morgan@akerman.com
Email:  scott.lachman@akerman.com
7
8  *Attorneys for Bank of America, N.A.*

9

10

11

AKERMAN LLP
1635 VILLAGE CENTER CIRCLE, SUITE 200
LAS VEGAS, NEVADA 89134
TEL.: (702) 634-5000 – FAX: (702) 380-8572

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| BANK OF AMERICA, N.A., | Case No.: 2:17-cv-00508-APG-NJK |
| Plaintiff, | **ORDER TO RELEASE BOND** |
| v. | |
| BRAEWOOD HERITAGE ASSOCIATION, INC.; and JAMES H. ROTH, TRUSTEE OF THE ROTH FAMILY REVOCABLE TRUST DATED SEPTEMBER 15, 1992. | |
| Defendants. | |

12
13
14
15
16
17
18
19

20      The parties stipulated that Bank of America would deposit a $500 cost bond.  (ECF No. 17.)

21  A $500 cash deposit was subsequently made by Akerman LLP on behalf of Bank of America.  (ECF

22  No. 20.)  The purpose of the cost bond is to provide "security for the costs and charges which may

23  be awarded against [the] plaintiff . . ."  NRS 18.130(1).

24  …

25  …

26  …

27  …

28  …

1

55702752;1

The court dismissed the action pursuant to the parties' stipulation on December 14, 2020. (ECF No. 40.)  Since no costs may be awarded against Bank of America and this matter is now concluded, the court will refund the $500.00 deposit plus interest to Akerman LLP.

**IT IS SO ORDERED.**

Dated:___December 15___, 2020.

_____

UNITED STATES DISTRICT JUDGE

**AKERMAN LLP**
1635 VILLAGE CENTER CIRCLE, SUITE 200
LAS VEGAS, NEVADA 89134
TEL.: (702) 634-5000 – FAX: (702) 380-8572

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

55702752;1